

# Fourth Court of Appeals
## San Antonio, Texas

January 19, 2017

No. 04-16-00575-CR

Ciarra **PLEASANT,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 14, Bexar County, Texas
Trial Court No. 387732
The Honorable Susan Skinner, Judge Presiding

# O R D E R

On November 17, 2016, this court notified Kimberly Rice-Lobello that she is the court reporter responsible for timely filing the reporter's record in this appeal. We further notified Ms. Rice-Lobello that the reporter's record had not been filed. Ms. Rice-Lobello requested an extension of time to file the record, establishing a deadline of January 16, 2017. Ms. Rice-Lobello was admonished that no extension of time would be allowed. Ms. Rice-Lobello did not file the reporter's record.

It is therefore ORDERED that Kimberly Rice-Lobello must file the record in this court no later than January 30, 2017. If the record is not received by such date, a show cause order shall issue directing Kimberly Rice-Lobello to appear on a day certain and show cause why she should not be held in contempt for failing to file the record. The clerk of this court shall cause a copy of this order to be served on Kimberly Rice-Lobello by certified mail, return receipt requested, with delivery restricted to addressee only, or give other personal notice of this order with proof of delivery.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of January, 2017.



Keith E. Hottle
Clerk of Court